Kelly A. Evans, Nevada Bar No. 7691
Jay J. Schuttert, Nevada Bar No. 8656
Joshua D. Cools, Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kevans@swlaw.com
Email: jschuttert@swlaw.com
Email: jcools@swlaw.com

Phyllis A. Jones (*pro hac vice*)
Michael X. Imbroscio (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: mimbroscio@cov.com

Attorney for Defendant
ELI LILLY AND COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZAKIYA WALKER,<br><br>  Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>  Defendant. | CASE NO. 2:14-cv-01988-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ZAKIYA WALKER and Defendant ELI LILLY AND COMPANY, by and through their respective counsel

/ / /

/ / /

/ / /

/ / /

1  of record, that the above matter be dismissed in its entirety, with prejudice, each party to bear

2  their own costs and attorneys' fees.

3  DATED this __26th__ day of April, 2016.      DATED this __26th__ day of April, 2016.

4  SNELL & WILMER L.L.P.                        BAUM HEDLUND ARISTEI
                                                & GOLDMAN, P.C.

6  By: /s/ Joshua D. Cools                      By: /s/ Robert Brent Wisner
      Kelly A. Evans, Nevada Bar No. 7691           Robert Brent Wisner (*pro hac vice*)
      Jay J. Schuttert, Nevada Bar No. 8656         12100 Wilshire Blvd., Suite 950
7     Joshua D. Cools, Nevada Bar No. 11941         Los Angeles, CA 90025
      3883 Howard Hughes Pkwy., Ste. 1100
8     Las Vegas, NV 89169                           Brian D. Nettles, Nevada Bar No. 7462
                                                    NETTLES LAW FIRM
9     Phyllis A. Jones (*pro hac vice*)             1389 Galleria Drive, Suite 200
      Michael X. Imbroscio (*pro hac vice*)         Henderson, NV 89014
10    Covington & Burling LLP
      One CityCenter                                Attorneys for Plaintiff
11    850 Tenth Street, NW                          ZAKIYA WALKER
      Washington, DC 20001-4956

13    Attorneys for Defendant
      ELI LILLY AND COMPANY

14                                    **ORDER**

15    IT IS SO ORDERED.

16    DATED this __26th__ day of April, 2016.

                                              _____
                                              UNITED STATES DISTRICT COURT JUDGE

18  Prepared and Submitted by:
    SNELL & WILMER L.L.P.

20  /s/ Joshua D. Cools
    Kelly A. Evans, Nevada Bar No. 7691
21  Jay J. Schuttert, Nevada Bar No. 8656
    Joshua D. Cools, Nevada Bar No. 11941
22  3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

24  Phyllis A. Jones (*pro hac vice*)
    Michael X. Imbroscio (*pro hac vice*)
25  Covington & Burling LLP
    One CityCenter
    850 Tenth Street, NW
26  Washington, DC 20001-4956

27  Attorney for Defendant
    ELI LILLY AND COMPANY
28  23966241.1